UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUSSELL BOWENS A/K/A NURIDEEN ISLAM,<br><br>                    Plaintiff,<br><br>-against-<br><br>KEITH RUSSELL, FORMER EMPLOYEE AT NEW YORK THEOLOGICAL SEMINARY; NEW YORK THEOLOGICAL SEMINARY,<br><br>                    Defendants. | 21-CV-8136 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated October 25, 2021, the Court directed Plaintiff to file an amended complaint within sixty days.[1] That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

---

[1] On November 9, 2021, the order was returned to the court because Plaintiff's apartment number was missing from the address on the envelope. On November 10, 2021, the order was re-mailed to the full address, including the apartment number, on file for Plaintiff.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 10, 2022
        New York, New York

                                                  /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                         Chief United States District Judge