UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUSSELL BOWENS A/K/A NURIDEEN
ISLAM,

                              Plaintiff,

                 -against-                                           21-CV-8136 (LTS)

KEITH RUSSELL FORMER EMPLOYEE AT                                     CIVIL JUDGMENT
NEW YORK THEOLOGICAL SEMINARY;
NEW YORK THEOLOGICAL SEMINARY,

                              Defendants.

        Pursuant to the order issued February 10, 2022, dismissing the complaint,

        IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for

failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

        IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    February 10, 2022
          New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                Chief United States District Judge